**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No.  06 B 13622 |
| JOEL M. MARGOLIS, | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  Thurs., May 19, 2011 |
| Debtor. | ) | Hearing Time:  9:30 a.m. |

**NOTICE OF MOTION**

To:     See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, May 19, 2011** at **9:30 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Jacqueline P. Cox or any other Judge sitting in her stead, in **Courtroom 619**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application to Pay Final Compensation and Reimbursement of Expenses to Special Counsel,** a copy of which is hereby served upon you.

By:    /s/ Norman B. Newman
        Norman B. Newman, not individually, but solely
        as the Chapter 7 Trustee for Joel Margolis

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST FREED DENENBERG
        AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

**CERTIFICATE OF SERVICE**

I, Norman B. Newman, an attorney, hereby certify that I served copies of the foregoing Notice together with Attachments upon those individuals listed on the attached service list by depositing same in the U.S. Mail with pre-paid postage on April 28, 2011.

 /s/Norman B. Newman

## SERVICE LIST FOR JOEL M. MARGOLIS

Office of the U.S. Trustee
291 S. Dearborn Street
Room 873
Chicago, IL 60604

Joel Margolis
635 W. Grace, Apt. 1306
Chicago, IL 60613

Beth Lehman
Lehman & Fox
6 E. Monroe Street
Suite 100
Chicago, IL 60603

Robert Markoff
Jennifer Franklin
Markoff & Krasny
29 N. Wacker Drive, Suite 550
Chicago, IL 60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 06 B 13622 |
| JOEL M. MARGOLIS, | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: Thurs., May 19, 2011 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

**TRUSTEE'S APPLICATION TO PAY FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO SPECIAL COUNSEL**

Norman B. Newman, Chapter 7 trustee herein ( the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for authorization to pay final compensation to special counsel consisting of fees in the amount of $12,382.67 and out-of-pocket expenses in the amount of $195.00 in connection with legal services rendered from August 1, 2007 through January 5, 2010. In support of this application, the Trustee states:

**Background**

1. Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on October 23, 2006. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2. The Trustee filed a no-asset report in this case but vacated that report when he learned that Debtor held a judgment in the amount of $413,939.39 on a malpractice claim (the "Judgment") in that lawsuit captioned *Margolis v. Leider and Leider*, 04 L 012277 pending before the Circuit Court of Cook County, Illinois, Law Division.

3. By order dated February 21, 2007, this Court authorized the Trustee to employ special counsel Jennifer Franklin, then of Franklin Law Offices to collect on the Judgment. That order provided that special counsel shall be compensated at thirty-three and one-third percent

(33.33%) of any recovery upon application to this Court. (A copy of the employment order is attached hereto as <u>Exhibit A</u>.) On or about November, 2007, Ms. Franklin joined the firm of Baker, Miller Markoff & Krasny, LLC, which firm is now known as Markoff & Krasny.

4. On September 12, 2007, this Court entered an Order awarding special counsel interim compensation in the amount of $4,906.82 plus reimbursement of out-of-pocket expenses in the amount of $2,203.00 for collection services rendered for the period February 8, 2007 through July 19, 2007.

## Services of Special Counsel

5. Special counsel was employed pursuant to Section 327(e) of the Bankruptcy Code. The legal services to be provided were limited to one category of work: collection of the Judgment. As a result of special counsel's efforts during the time period covered by this application, the Trustee collected a total of $37,148.01 in the form of rent paid for a garage space and the proceeds recovered from the sale of a condominium owned by Barbara Leider, one of the judgment debtors. Attached as Exhibit "B" hereto is a statement from special counsel showing the amounts recovered for the Trustee and special counsel's proposed 33.33% collection fee, which amounts to $12,382.67.

6. In addition, Exhibit B reflects out-of-pocket expenses incurred by special counsel in the amount of $195.00 in connection with the Sheriff's sale which resulted in the Trustee acquiring an interest in the condominium unit which was ultimately sold.

7. Special counsel's services have resulted in a benefited to this estate. The Trustee has in excess of $38,000.00 on hand which is more than sufficient to pay special counsel's fees and hopefully, generate a distribution to general unsecured creditors.

WHEREFORE, Trustee, Norman B. Newman respectfully requests that an order be entered:

(i)   awarding final compensation to special counsel in the amount of $12,382.67 for services rendered for the period August 1, 2007 through January 5, 2010;

(ii)  awarding reimbursement of expenses in the amount of $195.00;

(iii) authorizing the Trustee to pay special counsel the total sum of $12,577.67 as an administrative expense of this estate; and

(iv)  granting such other relief as the Court deems just and proper.

/s/ Norman B. Newman
Norman B. Newman, not individually, but solely as the
Chapter 7 Trustee for Joel Margolis

Norman B. Newman ARDC No. 02045427
MUCH SHELIST DENENBERG
    AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100