# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MARGOLIS, JOEL M.                          §   Case No. 06-13622
                                                  §
                                                  §
Debtor(s)                                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 23, 2006. The undersigned trustee was appointed on October 21, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as  **Exhibit A.**

4. The trustee realized the gross receipts of          $        51,920.50

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 23,014.06 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,350.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]          $        25,556.44

The remaining funds are available for distribution.

5. Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 10/09/2007 and the deadline for filing governmental claims was 04/21/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,846.03. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $302.71, for a total compensation of $302.71.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2011              By:/s/NORMAN NEWMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-13622

Case Name: MARGOLIS, JOEL M.

Period Ending: 09/22/11

Trustee:      (330560)    NORMAN NEWMAN

Filed (f) or Converted (c): 10/23/06 (f)

§341(a) Meeting Date:    11/16/06

Claims Bar Date:    10/09/07

| 1 Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Cash- Bank One | 900.00 | 900.00 | | 0.00 | FA |
| 2 Cash | 500.00 | 0.00 | | 0.00 | FA |
| 3 Checking Account/Savings Account-Harris Bank | 14.00 | 0.00 | | 0.00 | FA |
| 4 HOUSEHOLD GOODS AND FURNISHINGS | 400.00 | 0.00 | | 0.00 | FA |
| 5 WEARING APPAREL AND JEWELRY (clothing) | 600.00 | 0.00 | | 0.00 | FA |
| 6 WEARING APPAREL AND JEWELRY (rings) | 600.00 | 0.00 | | 0.00 | FA |
| 7 STOCK AND BUSINESS INTERESTS | 103.40 | 103.40 | | 0.00 | FA |
| 8 AUTOMOBILES AND OTHER VEHICLES | 200.00 | 0.00 | | 0.00 | FA |
| 9 MEDICAL MALPRACTICE JUDGMENT  (u) | 15,000.00 | 410,589.39 | OA | 51,869.26 | FA |
| 10 SECURITY DEPOSITS | 935.00 | 0.00 | | 0.00 | FA |
| Int INTEREST  (u) | Unknown | N/A | | 51.24 | Unknown |
| 11 Assets      Totals (Excluding unknown values) | $19,252.40 | $411,592.79 | | $51,920.50 | $0.00 |

Major Activities Affecting Case Closing:

Waiting for final accounting from special counsel on collections.  Will file final report.

Initial Projected Date Of Final Report (TFR):      November 30, 2009

Current Projected Date Of Final Report (TFR):      June 30, 2011

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-13622 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | MARGOLIS, JOEL M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-****79-65 - Money Market Account |
| Taxpayer ID #: | **-***1959 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/22/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/07 | {9} | Franklin Law Offices | Payment on account of medical malpractice judgment | 1149-000 | 1,839.20 | | 1,839.20 |
| 07/23/07 | {9} | Thomas M. Marshburn, Jr. | Storage rental unit | 1149-000 | 175.00 | | 2,014.20 |
| 07/25/07 | {9} | Steven M. Yousha | Collection related to malpractice judgment (50% deposit for purchase of steinway piano ) | 1149-000 | 6,687.50 | | 8,701.70 |
| 07/25/07 | {9} | Steven M. Yousha | Collection related to malpractice judgment (balance of purchase of Steinway piano) | 1149-000 | 6,018.75 | | 14,720.45 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.80 | | 14,722.25 |
| 08/07/07 | 1001 | Joel M. Margolis | Debtor's Exemption | 8100-000 | | 3,350.00 | 11,372.25 |
| 08/20/07 | {9} | Thomas M. Marshburn, Jr. | Collections related to malpractice judgment | 1149-000 | 175.00 | | 11,547.25 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.78 | | 11,554.03 |
| 09/12/07 | 1002 | Jennifer R. Franklin and the Franklin Law Offices | Interim Fees for the period 2/8/07 through 7/19/07 | 3210-600 | | 4,906.82 | 6,647.21 |
| 09/12/07 | 1003 | Jennifer R. Franklin and the Franklin Law Offices | Interim Expenses for the period 2/8/07 through 7/19/07 | 3220-610 | | 2,203.00 | 4,444.21 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.61 | | 4,448.82 |
| 10/25/07 | {9} | Thomas M. Marshburn, Jr. | Collections related to malpractice judgment | 1149-000 | 350.00 | | 4,798.82 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.63 | | 4,801.45 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.49 | | 4,803.94 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.44 | | 4,806.38 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.19 | | 4,808.57 |
| 02/14/08 | 1004 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-13622 Voided on 02/14/08 | 2300-000 | | 4.29 | 4,804.28 |
| 02/14/08 | 1004 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-13622 Voided: check issued on 02/14/08 | 2300-000 | | -4.29 | 4,808.57 |
| 02/14/08 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #06-13622 | 2300-000 | | 4.29 | 4,804.28 |
| 02/21/08 | {9} | Markoff & Krasny | Collections related to malpractice judgment | 1149-000 | 525.00 | | 5,329.28 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.00 | | 5,330.28 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.99 | | 5,331.27 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.74 | | 5,332.01 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.66 | | 5,332.67 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.67 | | 5,333.34 |

Subtotals :  $15,797.45  $10,464.11

{} Asset reference(s)

Printed: 09/22/2011 03:42 PM   V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 06-13622 | |
| Case Name: | MARGOLIS, JOEL M. | |
| Taxpayer ID #: | **-***1959 | |
| Period Ending: | 09/22/11 | |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330560) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****79-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.67 | | 5,334.01 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.63 | | 5,334.64 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.69 | | 5,335.33 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.58 | | 5,335.91 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.41 | | 5,336.32 |
| 12/02/08 | 1006 | Jude Ellis | Expense Reimbursement | 3520-000 | | 3,250.00 | 2,086.32 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 2,086.69 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 2,086.82 |
| 02/10/09 | 1007 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #06-13622, Bond #016026455 | 2300-000 | | 1.75 | 2,085.07 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,085.14 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,085.23 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,085.31 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,085.39 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,085.48 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,085.56 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,085.64 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,085.72 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,085.80 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,085.88 |
| 12/16/09 | {9} | Rubin Title, LLC | Closing on Judgment Creditor Property | 1149-000 | 34,848.81 | | 36,934.69 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 36,935.44 |
| 01/05/10 | {9} | @ Properties | Overpaid commission at closing | 1290-000 | 1,250.00 | | 38,185.44 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 38,186.93 |
| 02/19/10 | 1008 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #06-13622, Bond #016026455 | 2300-000 | | 34.35 | 38,152.58 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.45 | | 38,154.03 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 38,155.74 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.25 | | 38,155.99 |
| 04/06/10 | | Wire out to BNYM account 9200******7965 | Wire out to BNYM account 9200******7965 | 9999-000 | -38,155.99 | | 0.00 |

| | | | |
|---|---|---|---|
| | Subtotals : | $-2,047.24 | $3,286.10 |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-13622 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | MARGOLIS, JOEL M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | **-***1959 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/22/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 13,750.21 | 13,750.21 | $0.00 |
| | | | Less: Bank Transfers | | -38,155.99 | 0.00 | |
| | | | Subtotal | | 51,906.20 | 13,750.21 | |
| | | | Less: Payments to Debtors | | | 3,350.00 | |
| | | | NET Receipts / Disbursements | | $51,906.20 | $10,400.21 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-13622 |
| Case Name: | MARGOLIS, JOEL M. |
| | |
| Taxpayer ID #: | **-***1959 |
| Period Ending: | 09/22/11 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330560) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****79-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | 9999-000 | 38,155.99 | | 38,155.99 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.82 | | 38,157.81 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.27 | | 38,160.08 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.20 | | 38,162.28 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.27 | | 38,164.55 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.26 | | 38,166.81 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 38,167.12 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 38,167.44 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 38,167.75 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 38,168.07 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 38,168.39 |
| 02/15/11 | 11009 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #06-13622, Bond #016026455 | 2300-000 | | 36.18 | 38,132.21 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 38,132.50 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 38,132.82 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 38,133.13 |
| 05/19/11 | 11010 | Jennifer Franklin and the law firm of Markoff & Krasny | Final Compensation for the period 8/1/07 through 1/5/10 | 3210-600 | | 12,382.67 | 25,750.46 |
| 05/19/11 | 11011 | Jennifer Franklin and the law firm of Markoff & Krasny | Final expense reimbursement for the period 8/1/07 through 1/5/10 | 3220-610 | | 195.00 | 25,555.46 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 25,555.78 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 25,556.02 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,556.23 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,556.44 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 38,170.29 | 12,613.85 | $25,556.44 |
| Less: Bank Transfers | | 38,155.99 | 0.00 | |
| **Subtotal** | | 14.30 | 12,613.85 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$14.30** | **$12,613.85** | |

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-13622 |
| Case Name: | MARGOLIS, JOEL M. |
| Taxpayer ID #: | **-***1959 |
| Period Ending: | 09/22/11 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330560) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******79-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | | | 51,920.50 | | |
| | | Net Estate : | | | $51,920.50 | | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****79-65 | 51,906.20 | 10,400.21 | 0.00 |
| MMA # 9200-******79-65 | 14.30 | 12,613.85 | 25,556.44 |
| | $51,920.50 | $23,014.06 | $25,556.44 |

{} Asset reference(s)

Printed: 09/22/2011 03:42 PM    V.12.57

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-13622
Case Name: MARGOLIS, JOEL M.
Trustee Name: NORMAN NEWMAN

**Balance on hand:**                                   $          25,556.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $          0.00
Remaining balance:                       $     25,556.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 5,846.03 | 0.00 | 302.71 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 20,000.00 | 0.00 | 20,000.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 207.60 | 0.00 | 207.60 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,296.38 | 0.00 | 1,296.38 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 16.10 | 0.00 | 16.10 |

Total to be paid for chapter 7 administration expenses:  $     21,822.79
Remaining balance:                                        $      3,733.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:                                           $      3,733.65

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,733.65 |

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 72,107.54 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Buckingham Pavillion Nursing C | 42,997.00 | 0.00 | 2,226.34 |
| 2 | B-Real, LLC | 5,041.88 | 0.00 | 261.06 |
| 3 | Credigy Receivables Inc. | 14,068.66 | 0.00 | 728.46 |
| 4 | Emy Schwartz | 10,000.00 | 0.00 | 517.79 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,733.65 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | |
|---|---|
| Total to be paid for subordinated claims: | $          0.00 |
| Remaining balance: | $          0.00 |

**UST Form 101-7-TFR (05/1/2011)**