IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MARGOLIS, JOEL M. | ) | CASE NO. 06-13622 |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:     HONORABLE JACQUELINE P. COX
        BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $5,846.03 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $51,920.50. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 4,500.00 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 96.03 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 5,846.03 | |

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $ 0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: October 24, 2011

/s/ Norman B. Newman
NORMAN NEWMAN, Trustee
MUCH SHELIST
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Joel M. Margolis
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006046.0009**

07 - Trustee Matters

## FEES THROUGH JULY 31, 2011

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/18/07 | NBN | Review schedules and statement of financial affairs and telephone call with attorney for Margolis regarding malpractice. | 0.50 |
| 02/12/07 | NBN | Review updated engagement letter from J. Franklin regarding special counsel engagement (.20); meet with B. Hackney regarding retention motions (.20). | 0.40 |
| 04/25/07 | NBN | Telephone conference with J. Franklin regarding status of post judgment collection efforts. | 0.30 |
| 05/01/07 | NBN | Telephone conference with J. Franklin regarding sale of piano (.20); review correspondences from J. Franklin regarding special counsel order (.20). | 0.40 |
| 06/12/07 | NBN | Telephone conference with J. Franklin regarding remitting proceeds from collection activities. | 0.30 |
| 07/02/07 | NBN | Telephone conference with J. Franklin regarding funds collected from Garnishment. | 0.20 |
| 07/03/07 | NBN | Telephone call with J. Franklin regarding offer on piano. | 0.20 |
| 07/06/07 | NBN | Review proceeds of garnishment recovery. | 0.20 |
| 07/16/07 | NBN | Review notice of claim bar date. | 0.20 |
| 07/19/07 | NBN | Discussion with C. McManus regarding settlement of exemption claim. | 0.20 |
| 07/23/07 | NBN | Review letter from and telephone call with J. Franklin regarding Leider garage space rent check and status of post-judgment collections and sale of piano. | 0.40 |
| 07/27/07 | NXS | Reconcile bank statements. | 0.20 |
| 08/02/07 | NBN | Review invoice for fees and costs from special counsel. | 0.20 |

**PLEASE SEND PAYMENT TO:**   Payment due within 30 days of invoice
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

questions?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Joel M. Margolis
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **08/01/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006046.0009**

07 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/06/07 | NBN | Correspondences with H. Fox regarding exemption check to be issued upon entry of order. | 0.20 |
| 08/20/07 | NBN | Review additional collection of rental for condo garage space. | 0.20 |
| 08/21/07 | NXS | Reconcile bank statements. | 0.20 |
| 09/12/07 | NXS | Reconcile bank statements. | 0.20 |
| 10/15/07 | NBN | Review J. Franklin letter regarding Garage Space tenant regarding payments due (.20); review claims register (.30). | 0.50 |
| 10/15/07 | NXS | Reconcile bank statements. | 0.20 |
| 10/23/07 | NBN | Review correspondences from J. Margolis and correspondences with H. Fox regarding request to pay storage locker fees. | 0.40 |
| 11/26/07 | NBN | Telephone conference with J. Franklin regarding changing law firms and filing substitution of attorneys. | 0.20 |
| 02/19/08 | NXS | Reconcile bank statements. | 0.10 |
| 02/21/08 | NBN | Reviewed letter from J. Franklin regarding additional garage space rentals received (.20); review garage lease (.20). | 0.40 |
| 04/10/08 | NXS | Reconcile bank statements. | 0.20 |
| 05/19/08 | NXS | Reconcile bank statements. | 0.20 |
| 06/09/08 | NXS | Reconcile bank statements. | 0.20 |
| 06/23/08 | NBN | Review correspondences from H. Fox and J. Margolis regarding distribution of estate funds. | 0.20 |
| 06/27/08 | NBN | Telephone conference with J. Franklin regarding possible interested buyer for condo. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

Payment due within 30 days of invoice

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.



**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Joel M. Margolis
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006046.0009**

07 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/30/08 | NBN | Discussion with B. Markoff and Jude Ellis and review correspondences regarding employment of real estate brokers (.50); discuss same with C. McManus (.20). | 0.70 |
| 07/17/08 | NBN | Review correspondences with J. Ellis and B. Markoff regarding access to premises. | 0.30 |
| 07/18/08 | NBN | Correspondences with B. Markoff and J. Ellis regarding access to condo. | 0.40 |
| 08/14/08 | NBN | Telephone conference with J. Ellis regarding listing B. Lieder condo for sale and condition of property. | 0.30 |
| 08/27/08 | NBN | Correspondence with J. Ellis re: repairs to condo prior to sale. | 0.30 |
| 08/28/08 | NBN | Discussion with J. Ellis re: repairs to premises and cost involved. | 0.30 |
| 09/02/08 | NBN | Correspondences with J. Ellis regarding employing contractor to repair refurbish Lieder condo. | 0.30 |
| 09/04/08 | NBN | Telephone conference with J. Ellis regarding access to Lieder premises. | 0.20 |
| 09/05/08 | NBN | Telephone conference with J. Ellis regarding dealing with condo management company (.20); Telephone conference with S. Brizu, condo manager regarding liens and decorating issue (.30). | 0.50 |
| 09/16/08 | NBN | Discussion with J. Ellis regarding remodeling work and review decorator's insurance certificate. | 0.30 |
| 10/02/08 | NBN | Correspondences with J. Ellis regarding motion for access to condo. | 0.20 |
| 10/22/08 | NBN | Review order granting motion to compel access to condo. | 0.20 |
| 10/24/08 | NBN | Review correspondences from Jude Ellis regarding employment of decorator and status of sale efforts. | 0.20 |
| 11/18/08 | NBN | Executed dual agency listing agreement section and review update from Jude Ellis. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Joel M. Margolis
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006046.0009**

07 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/02/08 | NBN | Correspondences with J. Ellis regarding payment of decorating expense and lowering purchase price on condo. | 0.30 |
| 12/03/08 | NBN | Telephone conference with J. Franklin regarding status of condo sale. | 0.20 |
| 12/15/08 | NBN | Correspondences with J. Ellis regarding meeting parking space. | 0.20 |
| 12/17/08 | NBN | Correspondences with J. Ellis regarding sale of parking space. | 0.30 |
| 12/22/08 | NBN | Review offer to Lease condo parking space and correspondence with J. Ellis re: same. | 0.40 |
| 12/23/08 | NBN | Correspondence with J. Ellis re: lease of parking space issues. | 0.30 |
| 01/28/09 | NBN | Discussion with C. McManus regarding denial of mortgagee's life stay motion. | 0.30 |
| 02/12/09 | NBN | Correspondences with J. Ellis regarding reducing condo sale price. | 0.30 |
| 02/16/09 | NBN | Correspondences with J. Ellis regarding status of condo sale efforts. | 0.30 |
| 03/04/09 | NBN | Correspondences with J. Ellis regarding status of condo sale efforts. | 0.40 |
| 03/05/09 | NBN | Correspondences with J. Ellis regarding investor interest in Condo. | 0.20 |
| 03/18/09 | NBN | Review correspondence from J. Ellis regarding status of communication with Buyer (.2); telephone conference with M. Rubin regarding title insurance and serving as real estate attorney. (.2) | 0.40 |
| 04/16/09 | NBN | Review status of showing on condo and correspondences with J. Ellis regarding sale strategies. | 0.50 |
| 04/17/09 | NBN | Correspondence with J. Ellis regarding lowering purchase price and status of other sales. | 0.30 |
| 04/20/09 | NBN | Correspondences with J. Ellis regarding latest suggestion as to condo preference price. | 0.20 |

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Joel M. Margolis
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **08/01/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006046.0009**

07 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/09/09 | NBN | Correspondences with J. Ellis and B. Markoff regarding sale of condo and homestead exemption issues. | 0.30 |
| 06/12/09 | NBN | Review latest offer for Lieder condo and correspond with J. Ellis regarding same. | 0.30 |
| 07/08/09 | NBN | Correspondences with J. Franklin regarding status of efforts to sell condo. | 0.20 |
| 10/02/09 | NBN | Two telephone calls with J. Ellis regarding latest offer for condo (.40); review condo association balance (.20). | 0.60 |
| 10/05/09 | NBN | Review earnest money check from condo buyer (.20); correspondences with J. Ellis regarding condo assn. documents (.20). | 0.40 |
| 10/09/09 | NBN | Review extension of attorney approval on contract. | 0.20 |
| 10/19/09 | NBN | Review correspondences from M. Rubin and buyer's attorney regarding tax issues and by-laws (.40); review title costs (.20). | 0.60 |
| 10/21/09 | NBN | Review correspondences regarding extension of buyer's time to get a loan commitment. | 0.20 |
| 11/04/09 | NBN | Correspondences with C. McManus regarding sale of order entered and review order authorizing sale. | 0.30 |
| 11/16/09 | NBN | Review mortgage payoff letter (.20); correspondences with real estate counsel regarding closing date and signing documents (.30). | 0.50 |
| 11/24/09 | NBN | Review closing statement and correspondence with M. Rubin regarding sale proceeds. | 0.40 |
| 11/30/09 | NBN | Telephone conference with J. Ellis and M. Rubin regarding broker's commission and review commission statement. | 0.30 |
| 01/05/10 | NBN | Review real estate commission refund. | 0.20 |
| 03/09/10 | NBN | Review motion to employ accountant; notice and order. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Joel M. Margolis
c/o Norman B. Newman
191 N. Wacker Dr.
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/01/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0006046.0009**

07 - Trustee Matters

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 03/10/10 | NBN | Correspondence with D. Gucwa re: sale of piano and real estate (.2); telephone conference with A. Lasko re: forms 1 and 2 (.2). | 0.40 |
| 03/18/10 | NBN | Review order employing A. Lasko and letter to A. Lasko regarding same. | 0.20 |
| 04/12/10 | NBN | Correspondences with J. Franklin regarding sale of condo. | 0.20 |
| 04/16/10 | NBN | Telephone conference with I. Buch regarding new address. | 0.20 |
| 05/12/10 | NBN | Review order authorizing abandonment of medical malpractice claim (.20); correspondences with B. Markoff regarding expenses (.20). | 0.40 |
| 08/17/10 | NBN | Review collections and fees owing to special counsel. | 0.30 |
| 08/20/10 | NBN | Correspondence with A. Lasko re: closing case and ramifications. | 0.30 |
| 08/25/10 | NBN | Correspondence with A. Lasko regarding final returns and estimate of admin. expenses. | 0.20 |
| 09/15/10 | NBN | Review and transmit 2009 tax returns. | 0.20 |
| 09/29/10 | NBN | Correspondences with H. Fox regarding status of case. | 0.20 |
| 05/09/11 | NBN | Review claims filed regarding possible dividend. | 0.40 |
| | | **Total Hours** | **24.20** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.