UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:　　　　　　　　　　　　　　　§　　Case No. 06-13622
　　　MARGOLIS, JOEL M.　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　Debtor(s)　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　219 S. Dearborn Street, 7th Floor, Chicago

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 a.m. on 12/01/2011 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinos. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2011　　　　　By:　/s/NORMAN NEWMAN
　　　　　　　　　　　　　　　　　　　　Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MARGOLIS, JOEL M.  § Case No. 06-13622
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 51,920.50 |
| *and approved disbursements of* | $ 26,364.06 |
| *leaving a balance on hand of* [1] | $ 25,556.44 |
| **Balance on hand:** | $ 25,556.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 25,556.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Norman B. Newman, Trustee | 5,846.03 | 0.00 | 302.71 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 20,000.00 | 0.00 | 20,000.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 207.60 | 0.00 | 207.60 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,296.38 | 0.00 | 1,296.38 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 16.10 | 0.00 | 16.10 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 21,822.79 |
| Remaining balance: | $ 3,733.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 3,733.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 3,733.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,107.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Buckingham Pavillion Nursing C | 42,997.00 | 0.00 | 2,226.34 |
| 2 | B-Real, LLC | 5,041.88 | 0.00 | 261.06 |
| 3 | Credigy Receivables Inc. | 14,068.66 | 0.00 | 728.46 |
| 4 | Emy Schwartz | 10,000.00 | 0.00 | 517.79 |

Total to be paid for timely general unsecured claims: $ 3,733.65

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 06-13622-JPC
Joel M. Margolis                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 1          Date Rcvd: Oct 26, 2011
                              Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2011.
```
db          +Joel M. Margolis,    635 W. Grace,    Chicago, IL 60613-4021
aty         +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1522
aty         +Jennifer R Franklin,    Baker Miller Markoff & Krasny LLC,    29 N Wacker Drive,   Fifth Floor,
              Chicago, IL 60606-3221
aty         +Morton J Rubin,    155 N Michigan Avenue,    Chicago, IL 60601-7511
10977743     AT &T Broadband,    Acct#: 1307,   1655 Noel Rd, Suite 2100,    Dallas, TX 75240
10977744    +Buckingham Pavillion Nursing C,    % Sigel Albin, Landau & Rubin,    77 W. Washington # 1018,
              Chicago, IL 60602-3261
10977745   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capitol One Bank.,    Acct#: 7658,    POB 85015,
              Richmond, VA   23285-5015)
10977746     City of Chicago Bureau of Park,    Acct#: 7912,   POB 803100,    Chicago, IL 60680-3100
11618181    +Credigy Receivables Inc.,    PO Box 2689,   Suwanee, GA 30024-0984
10977747    +Dr.. Robert Galtzer-Levy,    122 S. Michigan,   Chicago, IL 60603-6191
10977750    +FIxtel Trust,    21 Watson Rd.,   Belmont, MA 02478-3937
10977749     First Select,    Daley Ctr,   Chicago, IL 60602
10977751    +IRa BUch,    77 W.15th Street,   New York , New York 10011-6840
10977753    +Nye & Associates LLC,    200 N. Dearborn, 2006,   Chicago, IL 60601-1613
10977754    +Portfolio Assoc.,    Acct#: 8678,   % Blatt Hassenmiller,    125 S. Wacker #400,
              Chicago, IL 60606-4440
10977755    +Wells Fargo.,    POB  5445,   Portland, OR 97228-5445
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11544394     E-mail/PDF: BNCEmails@blinellc.com Oct 27 2011 04:11:39      B-Real, LLC,    MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
10977752    +Fax: 847-227-2151 Oct 27 2011 03:29:15      Medical Recovery Specialists,    Acct#: 1003,
              2250 East Devoon,    Desplans, IL 60018-4519
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Alan D Lasko & Associates
aty             Franklin Law Offices
aty             Law offices of Morton J Rubin
aty             Much Shelist Freed Denenberg Ament & Rubenstein PC
10977748   ##+EMy Schwartz,    324 Wesley,    Evanston, IL 60202-3235
                                                                                   TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2011**                **Signature:**   _Joseph Speetjens_